UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
United States of America,

                Plaintiff,

-against-

                                              Case No. 7:04-mj-2482

Charles Chasten

                Defendant.
------------------------------------------------------------x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                              SO ORDERED.

                                              Hon. Martin R. Goldberg
                                              United States Magistrate Judge

Dated: 26th day of August, 2022
         Poughkeepsie, New York